No. 85–615. CALIFORNIA DEPARTMENT OF TRANSPORTATION v. NAEGELE OUTDOOR ADVERTISING COMPANY OF CALIFORNIA, INC., ET AL.; and

No. 85–639. DESERT OUTDOOR ADVERTISING, INC. v. NAEGELE OUTDOOR ADVERTISING COMPANY OF CALIFORNIA, INC. Sup. Ct. Cal. Certiorari denied. Reported below: 38 Cal. 3d 509, 698 P. 2d 150.

No. 85–645. LAW & TECHNOLOGY PRESS v. LADD, REGISTER OF COPYRIGHTS. C. A. 9th Cir. Certiorari denied.

No. 85–750. ROSE, INDIVIDUALLY AND AS SUPERINTENDENT OF THE CALLOWAY COUNTY SCHOOLS, ET AL. v. LITTLEJOHN. C. A. 6th Cir. Certiorari denied.

No. 85–799. MONROE v. UNITED STATES DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 85–879. THOMAS INTERNATIONAL LTD. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–900. ILLINOIS v. CRILLY, JUDGE, CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 85–914. JURECZKI v. CITY OF SEABROOK, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–922. INEXCO OIL CO. v. UNITED STATES DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 85–965. LOOMIS v. UNITED STATES; and

No. 85–966. VERMOUTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 772 F. 2d 915.

No. 85–973. HANSEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.